IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA § § § | |
| VS. § | C.A. NO. B-03-167 |
| § | |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS § § § | |

United States District Court
Southern District of Texas
FILED
OCT 0 6 2003
Michael N. Milby
Clerk of Court

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, Plaintiff in the above-entitled and numbered cause and file this its Disclosure of Interested Parties pursuant to the Order of the Court, and would show unto the Court that all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are or may be financially interested in the outcome of this litigation, are as follows:

1. General Security Indemnity Company of Arizona
2. Las Arenas Condominiums Association of Co-Owners, Inc.
3. Las Arenas Condominiums

Respectfully submitted,

By _____
KEN E. KENDRICK
State Bar No. 11278500

OF COUNSEL:
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

ATTORNEYS IN CHARGE FOR
PLAINTIFF SECURITY INDEMNITY
COMPANY OF ARIZONA

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of September, 2003, a true and correct copy of the foregoing was transmitted by United States Mail to Defendant at the following address:

Las Arenas Condominiums Association of Co-Owners, Inc.
d/b/a Las Arenas Condominiums
c/o Registered Agent Patricio Sada
700 East Expressway 83
San Juan, Texas  78589

_____
KEN E. KENDRICK