IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03167 (Jury Requested) |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS | § § § | |

**DEFENDANT LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS' ORIGINAL ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT**

TO THE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW, Defendant Las Arenas Condominiums Association of Co-Owners, Inc., d/b/a Las Arenas Condominiums and files this, their Original Answer To Plaintiff's Complaint for Declaratory Judgment, and in support thereof, would show this Honorable United States District Court as follows;

1) Defendant admits paragraph one of plaintiff's complaint.

2) Defendant admits paragraph two of plaintiff's complaint.

3) Defendant denies that proper jurisdiction exists as this is a motion for declaratory judgment and there is no amount in controversy in plaintiff's complaint. Plaintiff seeks a declaratory order by way of this suit, not money damages.

4) Defendant admits paragraph four of plaintiff's complaint.

5) Defendant admits paragraph five of plaintiff's complaint.

6) Defendant admits paragraph six of plaintiff's complaint.

7) Defendant admits paragraph seven but denies that this is a complete statement of GSA

obligation under the policy.

8) Defendant admits paragraph eight of plaintiff's complaint.

9) Defendant admits paragraph nine of plaintiff's complaint.

10) Defendant admits paragraph ten of plaintiff's complaint.

11) Defendant admits paragraph eleven of plaintiff's complaint.

12) Defendant admits paragraph twelve of plaintiff's complaint.

13) Defendant admits paragraph thirteen of plaintiff's complaint.

14) Defendant admits that a loss was reported, but denies that this was a complete statement of claim, otherwise denies paragraph fourteenth of plaintiff's complaint.

15) Defendant denies the allegations in paragraph fifteen of plaintiff's complaint.

16) Defendant denies the allegations in paragraph sixteen of plaintiffs complaint.

17) Defendant denies the allegations in paragraph seventeen of plaintiff's complaint.

18) Defendant denies the allegations in paragraph eighteen of plaintiff's complaint.

19) Defendant denies the allegations in paragraph nineteen of plaintiff's complaint.

20) Defendant denies the allegations in paragraph twenty of plaintiff's complaint.

21) Defendant denies the allegations in paragraph twenty-one of plaintiff's complaint.

## JURY DEMAND

22) Defendants hereby demand trial by Jury.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully pray upon trial and hearing hereof, that Plaintiff take nothing by their suit, and that these Defendants recover all costs

incurred herein and have such other and further relief, at law or in equity, to which these Defendants are justly entitled.

Signed on the 22 day of December, 2003.

Respectfully submitted,

LAW OFFICE OF MARK E. SOSSI
Three North Park Plaza
Brownsville, Texas 78521
Telephone: (956) 554-7877
Facsimile: (956) 554-7879

By: _____
MARK E. SOSSI
State Bar No. 18855680
USDC No. 10231

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via certified mail, return receipt requested on the 22 day of December, 2003, has been forwarded to:

Mr. Ken E. Kendrick
**Kelley, Sutter & Kendrick, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, TX 77056-6570

_____
Mark Sossi