IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA § § § | |
| VS. § | C.A. NO. B-03-167 |
| § § | |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS § § § | |

### JOINT REPORT OF MEETING AND JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER RULE 26(f), FED. R. CIV. P.

1. **State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.**

   On January 8, 2004 at 2:50 p.m., counsel of record participated in the meeting required by Rule 26(f), Fed. R. Civ. P. Counsel attending the meeting, which was conducted by telephone, were as follows:

   For Plaintiff:

   Ken E. Kendrick, Esq.
   Kelly, Sutter & Kendrick, P.C.
   3050 Post Oak Blvd., Suite 200
   Houston, Texas 77056-6750

   For Defendant:

   Mark Sossi
   Attorney at Law
   Three North Park Plaza
   Brownsville, Texas 78521

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

   None.

3.  **Specify the allegation of federal jurisdiction.**

    This case presents diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332.

4.  **Name the parties who disagree and the reasons.**

    None.

5.  **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

    Defendant anticipates adding Peacock Construction.

6.  **List anticipated interventions.**

    None.

7.  **Describe class-action issues.**

    None.

8.  **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

    Plaintiff and Defendant will make their Initial Disclosure on or before January 30, 2004.

9.  **Describe the proposed agreed discovery plan, including:**

    A.  **Responses to all matters raised in Rule 26(f).**

    B.  **When and to whom the Plaintiff anticipates it may send interrogatories.**

        Plaintiff anticipates sending Interrogatories to Defendant on or before February 16, 2004.

C:\Documents and Settings\Mark\Local Settings\Temporary Internet Files\Content.IE5\WH6N016N\Joint Case Management Plan.wpd

2

 C. **When and to whom the Defendant anticipates it may send interrogatories.**

  Defendants anticipate sending Interrogatories to Plaintiff on or before March 15, 2004.

 D. **Of whom and by when the Plaintiff anticipates taking oral depositions.**

  Plaintiff anticipates taking the depositions of corporate representatives of Defendant by May 31, 2004.

 E. **Of whom and by when the Defendant anticipates taking oral depositions.**

  Defendant anticipates taking the depositions of corporate representatives of Plaintiff by May 31, 2004.

 F. **When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

  Plaintiff anticipates designating experts and providing expert reports by July 30, 2004.

  Defendant anticipates designating experts and providing expert reports by August 31, 2004.

 G. **List expert depositions the Plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).**

  Plaintiff anticipates taking the depositions of all experts retained by Defendant and anticipates the depositions can be completed by September 30, 2004.

 H. **List expert depositions the opposing party anticipates taking and their anticipated completion date.** *See* **Rule 26(a)(2)(B) (expert report).**

  Defendant anticipates taking the depositions of all experts retained by Plaintiff and anticipates the depositions can be completed by September 30, 2004.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

    Not applicable.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    None.

12. **State the date the planned discovery can reasonably be completed.**

    October 29, 2004.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    Parties are not opposed to mediation after initial discovery is completed.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    See response to No. 13 above.

15. **From the attorneys' discussion with their client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    Mediation.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties do not want a trial before a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

   No jury demand has been made.

18. **Specify the number of hours it will take to present the evidence in this case.**

   Parties agree that it will take approximately 40 hours to present the evidence in this case.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

   None.

20. **List other motions pending.**

   None.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the conference.**

   None.

22. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

   | **Plaintiff:** | **Defendants:** |
   |---|---|
   | Ken E. Kendrick | Mark Sossi |
   | TBA # 11278500 | TBA # 18855680 |
   | Federal Admission No. 6244 | Federal Admission No. 10231 |
   | 3050 Post Oak Blvd., Suite 200 | Attorney at Law |
   | Houston, Texas 77056-6570 | Three North Park Plaza |
   | Telephone: (713) 595-6000 | Brownsville, Texas 78521 |
   | Facsimile: (713) 595-6001 | Telephone: (956) 554-7877 |
   |  | Facsimile: (956) 554-7879 |

C:\Documents and Settings\Mark\Local Settings\Temporary Internet Files\Content.IE5\WH6N016N\Joint Case Management Plan.wpd

5

Respectfully submitted,

By _____
\*KEN E. KENDRICK
State Bar No. 11278500
Federal Admission No. 6244

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas  77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

Respectfully submitted,

By _____
MARK SOSSI
State Bar No. 18855680
Federal Admission No. 10231

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL:**
Three North Park Plaza
Brownsville, Texas  78521
(956) 554-7877 - Telephone
(956) 554-7879 - Facsimile

**\*Signed By Permission**