# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas    ☐ Levesque |
| DATE | 01 — 26 — 04 |
| TIME | ___ a.m.  ~~2:28~~ 2:24 p.m.    ___ a.m.  ~~2:45~~ 2:34 p.m. |
| CIVIL ACTION | B — 03 — 167 |
| STYLE | GENERAL SEC. INDEM. CO. OF ARIZONA *versus* LAS ARENAS CONDOMINIUMS ASSN. |

United States District Court
Southern District of Texas
FILED

JAN 26 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ Initial Pretrial Conference;            (Rptr. Heather Hall )

Ken Kendrick      for    ■ Ptf. #_____ ☐ Deft. #_____
Mark Sossi        for    ☐ Ptf. #_____ ■ Deft.

---

■ Comments:

1. Plaintiff represented that its adjuster investigated the claim and determined that leaks and water damage were result of construction defect and were, therefore, excluded claims.
2. Defendant stated a bad faith claim would be alleged.
3. Defendant stated a jury trial has been demanded and that all fact issues should be presented to a jury.
4. Defendant believes damages are in excess of $75,000 but does not know a specific dollar amount because an investigation was never completed.
5. Both parties agreed that mediation would be the preferred method of ADR after discovery and the addition of the contractor/builder as a party.