IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY | § | |
| COMPANY OF ARIZONA | § | |
| | § | |
| VS. | § | C.A. NO. B-03-167 |
| | § | |
| LAS ARENAS CONDOMINIUMS | § | |
| ASSOCIATION OF CO-OWNERS, INC. | § | |
| D/B/A LAS ARENAS CONDOMINIUMS | § | |

## PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES

TO: ALL PARTIES-IN-INTEREST, BY AND THROUGH THEIR ATTORNEYS OF RECORD.

COMES NOW GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, the Plaintiff in the above-entitled and numbered cause and files this its Initial Disclosure pursuant to Rule 26a of the Federal Rules of Civil Procedure. The actual information contained in this Disclosure is submitted only to counsel of record and not the Court pursuant to Local Rule 5a.

Respectfully submitted,

By _____
KEN E. KENDRICK
State Bar No. 11278500

ATTORNEYS IN CHARGE FOR
PLAINTIFF SECURITY INDEMNITY
COMPANY OF ARIZONA

OF COUNSEL:
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Blvd., Suite 200

S:\KEK\2325\2325\Initial Disclosures Notice to court.wpd     1

Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of January, 2004, a true and correct copy of the foregoing was transmitted by Certified Mail Return Receipt Requested to Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.

_____
**KEN E. KENDRICK**