| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

GENERAL SECURITY INDEMNITY § 
COMPANY OF ARIZONA

vs. § Civil Action No. B- 03-167

LAS ARENAS CONDOMINIUMS §
ASSOCIATION OF CO–OWNERS, INC.
D/B/A LAS ARENAS CONDOMINIUMS

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __6-7__ days.     ■ Bench   ❑ Jury

2. New parties must be joined by:     __3/19/2004__
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     __7/30/2004__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     __10/29/2004__
    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Parties to submit to mediation on or before:     __11/19/2004__
    *(Counsel to submit a Status Report to the Court within one week after mediation)*
    **************************The Court will provide these dates**************************

7. Dispositive Motions will be filed by:     __11/30/2004__

8. Joint pretrial order is due:     __3/25/2005__

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:     __4/7/2005__

10. Jury Selection is set for 9:00 a.m. on:     __N/A__
    *(The case will remain on standby until tried)*

Signed __February 23__, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge