IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| VS. | § | C.A. NO. B-03-167 |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS | § § § § § | |

## PLAINTIFF'S MOTION FOR ORDER COMPELLING INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a Fulcrum Insurance Company ("General Security"), Plaintiff herein, and files its Motion for Order Compelling Initial Disclosures and would show unto this Honorable Court as follows:

1. Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums filed their Original Answer to Plaintiff's Complaint for Declaratory Judgment on December 22, 2003. Pursuant to the Joint Discovery Plan filed with this Court on January 12, 2004, both parties agreed that they would submit their Initial Disclosures on or before January 30, 2004. Plaintiff General Security Indemnity filed its Initial Disclosures on January 29, 2004. However, as of the present date, Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums has failed to file its Disclosure as required under the Federal Rules of Civil Procedure and as agreed by the Joint Discovery/Case Management Plan.

2. Counsel for Plaintiff issued a letter to counsel for Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums reminding him that he had not filed

his Initial Disclosures on May 20, 2004, a copy of which is attached as Exhibit "1." Further, counsel for the undersigned forwarded a copy of this proposed Motion for Order Compelling Initial Disclosures on June 3, 2004 and no response has been received to date. Counsel for Plaintiff contacted the office of counsel for Defendant on June 2, 2004, but the call was not returned.

     3.     Plaintiff General Security requires Defendant's Initial Disclosures to verify what additional written discovery and deposition it may need to perform. In addition, Plaintiff has expert designation deadlines and reports due by July 30, 2004, and is unable to prepare these necessary reports without the required discovery from Defendant.

     4.     Pursuant to Federal Rule of Civil Procedure 37(2)(A), Plaintiff General Security moves to compel Disclosure and for appropriate sanctions. Dependent upon when the Initial Disclosures is made by the Defendant, Plaintiff may request an extension of its deadline for submitting the names of and reports of experts if there is not adequate time to complete discovery before those deadlines given the delay by the Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff General Security Indemnity Company of Arizona requests that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums be ordered to make its Initial Disclosure required by Rule 26a and that Plaintiff be awarded appropriate sanctions for its costs of having to file this Motion and for such other and further relief, both general and special, legal and equitable, to which it may show itself justly entitled.

Respectfully submitted,

By _____
KEN E. KENDRICK
Federal Bar No. 6244
State Bar No. 11278500

**ATTORNEYS IN CHARGE FOR
PLAINTIFF SECURITY INDEMNITY
COMPANY OF ARIZONA**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

### CERTIFICATE OF CONFERENCE

This is to certify that on June 3, 2004 we forwarded counsel for Defendant a letter with a draft of the Motion to Compel, a copy of which is attached as Exhibit "2," and counsel for Plaintiff has received no response. Counsel for Plaintiff assumes counsel for Defendant is opposed to the Motion.

_____
KEN E. KENDRICK

### CERTIFICATE OF SERVICE

This is to certify that on the 25 day of June, 2004, a true and correct copy of the foregoing was transmitted by facsimile and United States Mail to Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.

_____
KEN E. KENDRICK

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW

---

**3050 POST OAK BLVD., SUITE 200**　　　　　　　　　**TELEPHONE (713) 595-6000**
**HOUSTON, TEXAS 77056-6570**　　　　　　　　　　　**FACSIMILE (713) 595-6001**

May 20, 2004

2325　　　　　　　　　　　　　　　　　　　　　　　*Via Facsimile*

Mr. Mark Sossi
Attorney at Law
Three North Park Plaza
Brownsville, Texas 78521.

　　　Re:　C.A. No. B-03167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Sossi:

　　On January 29, 2004, we forwarded to you Plaintiff's Initial Disclosures. We have not received your client's Initial Disclosures to date. We hereby request that Defendant forward its Initial Disclosures within the next two (2) weeks in order that we may move forward with discovery in this case.

　　Should you have any questions, please do not hesitate to contact us.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　Ken E. Kendrick

KEK/clm

# EXHIBIT 1

```
               *********************
               ***   TX REPORT    ***
               *********************

    TRANSMISSION OK

    TX/RX NO                    2438
    CONNECTION TEL                              19565547879
    CONNECTION ID
    ST. TIME                    05/20 14:36
    USAGE T                     00'45
    PGS. SENT                   2
    RESULT                      OK
```

# KELLY, SUTTER & KENDRICK
### ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

**TELEPHONE:**  
(713) 595-6000

**TELECOPIER:**  
(713) 595-6001

## TELECOPY TRANSMITTAL LETTER

| | |
|---|---|
| Date: | May 20, 2004 |
| To: | Mark Sossi |
| Telecopy No.: | (956) 554-7879 |
| From: | Ken E. Kendrick        Matter No.: 2325 |

Re:   C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 2  
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received

# KELLY, SUTTER & KENDRICK
### ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

TELEPHONE:  
(713) 595-6000

TELECOPIER:  
(713) 595-6001

## TELECOPY TRANSMITTAL LETTER

Date:            May 20, 2004

To:              Mark Sossi
Telecopy No.:    (956) 554-7879

From:            Ken E. Kendrick            Matter No.: 2325

Re:   C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 2
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.



S:\KEK\2325\2325\sossi fax.wpd

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW

---

**3050 POST OAK BLVD., SUITE 200**  **TELEPHONE (713) 595-6000**
**HOUSTON, TEXAS 77056-6570**  **FACSIMILE (713) 595-6001**

June 3, 2004

2325  *Via Facsimile*

Mr. Mark Sossi
Attorney at Law
Three North Park Plaza
Brownsville, Texas 78521.

Re: C.A. No. B-03167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Sossi:

We have not received any response to our reminder letter issued to you for your Initial Disclosures. These Initial Disclosures are now several months past due and my client requires these Initial Disclosures before it can complete any additional written discovery and proceed with necessary depositions in this case. Enclosed please find a Motion and Order Compelling your Initial Disclosures which we will file with the Court if we do not receive your Initial Disclosures within ten (10) days, or an explanation why so we can justify seeking an extension of the existing deadlines from the Court if your client requires additional time in order to make these Initial Disclosures.

If you have any further questions regarding this, please do not hesitate to contact us.

Very truly yours,

*[signature]*

Ken E. Kendrick

KEK/clm
Enclosures

**EXHIBIT 2**

# DRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| VS. | § § | C.A. NO. B-03-167 |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS | § § § § | |

### PLAINTIFF'S MOTION FOR ORDER COMPELLING INITIAL DISCLOSURES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a Fulcrum Insurance Company ("General Security"), Plaintiff herein, and files its Motion for Order Compelling Initial Disclosures and would show unto this Honorable Court as follows:

1. Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums filed their Original Answer to Plaintiff's Complaint for Declaratory Judgment on December 22, 2003. Pursuant to the Joint Discovery Plan filed with this Court on January 12, 2004, both parties agreed that they would submit their Initial Disclosures on or before January 30, 2004. Plaintiff General Security Indemnity filed its Initial Disclosures on January 29, 2004. However, as of the present date, Defendant Las Arenas Condominiums Association of Co-

Owners, Inc. d/b/a Las Arenas Condominiums has failed to file its Disclosure as required under the Federal Rules of Civil Procedure and as agreed by the Joint Discovery/Case Management Plan.

2.   Counsel for Plaintiff issued a letter to counsel for Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums reminding him that he had not filed his Initial Disclosures on May 20, 2004, a copy of which is attached as Exhibit "1." Further, counsel for the undersigned forwarded a copy of this proposed Motion for Order Compelling Initial Disclosures on June 3, 2004 and no response has been received to date.

3.   Plaintiff General Security requires Defendant's Initial Disclosures to verify what additional written discovery and deposition it may need to perform. In addition, Plaintiff has expert designation deadlines and reports due by July 30, 2004, and is unable to prepare these necessary reports without the required discovery from Defendant.

4.   Pursuant to Federal Rule of Civil Procedure 37(2)(A), Plaintiff General Security moves to compel Disclosure and for appropriate sanctions. Dependent upon when the Initial Disclosures is made by the Defendant, Plaintiff may request an extension of its deadline for submitting the names of and reports of experts if there is not adequate time to complete discovery before those deadlines given the delay by the Defendant.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff General Security Indemnity Company of Arizona requests that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums be ordered to make its Initial Disclosure required by Rule 26a and that Plaintiff be awarded appropriate sanctions for its costs of having to file this Motion and for such other and further relief, both general and special, legal and equitable, to which it may show itself justly entitled.

Respectfully submitted,


By _____
    KEN E. KENDRICK
    State Bar No. 11278500

**ATTORNEYS IN CHARGE FOR
PLAINTIFF SECURITY INDEMNITY
COMPANY OF ARIZONA**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

## CERTIFICATE OF SERVICE

    This is to certify that on the \_\_\_ day of June, 2004, a true and correct copy of the foregoing was transmitted by facsimile and United States Mail to Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.


_____
    **KEN E. KENDRICK**

# DRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY<br>COMPANY OF ARIZONA | §<br>§<br>§ | |
| VS. | § | C.A. NO. B-03-167 |
| | § | |
| LAS ARENAS CONDOMINIUMS<br>ASSOCIATION OF CO-OWNERS, INC.<br>D/B/A LAS ARENAS CONDOMINIUMS | §<br>§<br>§ | |

### ORDER COMPELLING INITIAL DISCLOSURES

On this day the Court considered Plaintiff General Security Indemnity Company of Arizona's Motion to Compel Initial Disclosures and after considering the same, the Court finds that Plaintiff's Motion is meritorious and should be granted. It is

**ORDERED** that Plaintiff's Motion to Compel Initial Disclosures is in all ways **GRANTED**. The Court further finds that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums has failed to provide Initial Disclosures as required by Rule 26(a) and the Court hereby orders that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums shall make its Initial Disclosures as required by Rule 26(a) within ten (10) days of the signing of this Order and shall pay Plaintiff General Security Indemnity Company of Arizona the sum of $_____ as appropriate sanctions for their failure to respond to disclosure requiring this Order. In the event Las Arenas Condominiums Association of Co-Owners,

Inc. d/b/a Las Arenas Condominiums fails to make full and complete Initial Disclosures within the deadline contained in this Order, the Court will consider and issue further appropriate sanctions as set forth in Rule 37(b) of the Federal Rules of Civil Procedure.

**SIGNED AND ENTERED** this _____ day of _____, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

        TRANSMISSION OK

        TX/RX NO              2718
        CONNECTION TEL                        19565547879
        CONNECTION ID
        ST. TIME              06/04 08:54
        USAGE T               01'43
        PGS. SENT             7
        RESULT                OK
```

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

| TELEPHONE: | TELECOPIER: |
|---|---|
| (713) 595-6000 | (713) 595-6001 |

## TELECOPY TRANSMITTAL LETTER

| | |
|---|---|
| Date: | June 3, 2004 |
| To: | Mark Sossi |
| Telecopy No.: | (956) 554-7879 |
| From: | Ken E. Kendrick            Matter No.: 2325 |

Re:   C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 7
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

### CONFIDENTIALITY NOTICE:

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of

# KELLY, SUTTER & KENDRICK
### ATTORNEYS AT LAW
3050 POST OAK BLVD., SUITE 200
HOUSTON, TEXAS 77056

| TELEPHONE: | TELECOPIER: |
|---|---|
| (713) 595-6000 | (713) 595-6001 |

## TELECOPY TRANSMITTAL LETTER

| | |
|---|---|
| Date: | June 3, 2004 |
| To: | Mark Sossi |
| Telecopy No.: | (956) 554-7879 |
| From: | Ken E. Kendrick     Matter No.: 2325 |

Re:   C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

**FAXED**

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 7
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

S:\KEK\2325\2325\sossi fax.wpd