IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| VS. | § § | C.A. NO. B-03-167 |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS | § § § § | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO DESIGNATE EXPERTS AND TENDER EXPERT REPORTS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA

f/k/a Fulcrum Insurance Company ("General Security"), Plaintiff herein, and files its Motion for

Enlargement of Time to Designate Experts and Tender Expert Reports pursuant to Rule 6(b) and

would show unto this Honorable Court as follows:

1.    At the Court's Initial Docket Conference, the Court scheduled the designation of

Plaintiff's experts and production of reports to be completed by July 30, 2004. Following the

conference, Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/ Las Arenas

Condominiums ("Las Arenas") failed to provide its Initial Disclosures of relevant documents and

persons with knowledge of relevant facts. Counsel for Plaintiff reminded counsel for Las Arenas

of the failure to disclose this information by attempted phone contact, and letters dated May 20, 2004

and June 3, 2004 (Exhibits "A" and "B"), but received no response. Counsel for Plaintiff then filed

a Motion to Compel which is presently pending before the Court. As of this date, Defendant's Initial

Disclosures has not been made.

2.      Plaintiff is entitled to receive the Initial Disclosures from the Defendant and determine what additional discovery it may need to perform before retaining the necessary experts and providing reports so that these experts can have all relevant information available before rendering opinions. Accordingly, Plaintiff requests that the Court enlarge its time to designate experts and provide their reports for a period not less than forty-five (45) days after Defendant Las Arenas provides its Initial Disclosures. This time would allow subsequent written discovery and any depositions necessary to provide information necessary for any experts to perform their evaluation and issue a report.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court enlarge the period of time for it to designate experts and provide reports as requested in this Motion, and for such other and further relief, both at law and in equity, general and special, to which it may show itself justly entitled.

Respectfully submitted,

By _____
KEN E. KENDRICK
Federal Bar No. 6244
State Bar No. 11278500

ATTORNEYS IN CHARGE FOR
PLAINTIFF SECURITY INDEMNITY
COMPANY OF ARIZONA

OF COUNSEL:
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

S:\KEK\2325\2325\Mot Enlarge Time for Experts & Reports.wpd    2

## CERTIFICATE OF CONFERENCE

This is to certify that on July 15, 2004, Plaintiff's counsel contacted the office of counsel for Defendant, and was advised Defendant's counsel was out of his office, but would return on July 16, 2004. A copy of the Motion and Order was sent to counsel for Defendant for his review and approval or objection on July 15, 2004, and no response has been received to date. Plaintiff's counsel attempted to contacted the attorney for Defendant on July 19, 2004, but received a recording that the phone mail box was full. Plaintiff's counsel contacted counsel for Defendant's office on a second attempt that day, and was advised that Defendant's counsel would have to return the call. Counsel for Plaintiff never received a return call. On the final attempt to confer, counsel for Plaintiff called counsel for Defendant's office on July 20, 2004 and again received a recording that the phone number mail box was full and on a second occasion received a recording that the number had been disconnected. Therefore, counsel for Plaintiff cannot assert whether counsel for Defendant is opposed or unopposed to the Motion.

_____
**KEN E. KENDRICK**

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of July, 2004, a true and correct copy of the foregoing was transmitted by facsimile and United States Mail to Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.

_____
**KEN E. KENDRICK**

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW

---

**3050 POST OAK BLVD., SUITE 200**
**HOUSTON, TEXAS 77056-6570**

**TELEPHONE (713) 595-6000**
**FACSIMILE (713) 595-6001**

May 20, 2004

2325                                        *Via Facsimile*

Mr. Mark Sossi
Attorney at Law
Three North Park Plaza
Brownsville, Texas 78521.

> Re:    C.A. No. B-03167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Sossi:

On January 29, 2004, we forwarded to you Plaintiff's Initial Disclosures. We have not received your client's Initial Disclosures to date. We hereby request that Defendant forward its Initial Disclosures within the next two (2) weeks in order that we may move forward with discovery in this case.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Ken E. Kendrick

KEK/clm

# EXHIBIT A

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2438
CONNECTION TEL                    19565547879
CONNECTION ID
ST. TIME              05/20 14:36
USAGE T               00'45
PGS. SENT             2
RESULT                OK
```

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

**TELEPHONE:**
**(713) 595-6000**

**TELECOPIER:**
**(713) 595-6001**

## TELECOPY TRANSMITTAL LETTER

Date:           May 20, 2004

To:             Mark Sossi
Telecopy No.:   (956) 554-7879

From:           Ken E. Kendrick              Matter No.:  2325

Re:        C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 2
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received

# KELLY, SUTTER & KENDRICK
### ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

**TELEPHONE:**
**(713) 595-6000**

**TELECOPIER:**
**(713) 595-6001**

## TELECOPY TRANSMITTAL LETTER

Date:           May 20, 2004

To:             Mark Sossi
Telecopy No.:   (956) 554-7879

From:           Ken E. Kendrick           Matter No.:  2325

Re:     C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 2
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

## CONFIDENTIALITY NOTICE:

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.



S:\KEK\2325\2325\sossi fax.wpd

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW

---

**3050 POST OAK BLVD., SUITE 200**
**HOUSTON, TEXAS 77056-6570**

**TELEPHONE (713) 595-6000**
**FACSIMILE (713) 595-6001**

June 3, 2004

2325                                                              *Via Facsimile*

Mr. Mark Sossi
Attorney at Law
Three North Park Plaza
Brownsville, Texas 78521.

     Re:     C.A. No. B-03167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Sossi:

     We have not received any response to our reminder letter issued to you for your Initial Disclosures. These Initial Disclosures are now several months past due and my client requires these Initial Disclosures before it can complete any additional written discovery and proceed with necessary depositions in this case. Enclosed please find a Motion and Order Compelling your Initial Disclosures which we will file with the Court if we do not receive your Initial Disclosures within ten (10) days, or an explanation why so we can justify seeking an extension of the existing deadlines from the Court if your client requires additional time in order to make these Initial Disclosures.

     If you have any further questions regarding this, please do not hesitate to contact us.

                         Very truly yours,

                         Ken E. Kendrick

KEK/clm
Enclosures

# EXHIBIT B

# D R A F T

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **GENERAL SECURITY INDEMNITY** | § | |
| **COMPANY OF ARIZONA** | § | |
| | § | |
| **VS.** | § | **C.A. NO. B-03-167** |
| | § | |
| **LAS ARENAS CONDOMINIUMS** | § | |
| **ASSOCIATION OF CO-OWNERS, INC.** | § | |
| **D/B/A LAS ARENAS CONDOMINIUMS** | § | |

## PLAINTIFF'S MOTION FOR ORDER COMPELLING INITIAL DISCLOSURES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, **GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA**
f/k/a Fulcrum Insurance Company ("General Security"), Plaintiff herein, and files its Motion for

Order Compelling Initial Disclosures and would show unto this Honorable Court as follows:

1.      Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las

Arenas Condominiums filed their Original Answer to Plaintiff's Complaint for Declaratory

Judgment on December 22, 2003.  Pursuant to the Joint Discovery Plan filed with this Court on

January 12, 2004, both parties agreed that they would submit their Initial Disclosures on or before

January 30, 2004.  Plaintiff General Security Indemnity filed its Initial Disclosures on January 29,

2004.  However, as of the present date, Defendant Las Arenas Condominiums Association of Co-

Owners, Inc. d/b/a Las Arenas Condominiums has failed to file its Disclosure as required under the Federal Rules of Civil Procedure and as agreed by the Joint Discovery/Case Management Plan.

2.    Counsel for Plaintiff issued a letter to counsel for Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums reminding him that he had not filed his Initial Disclosures on May 20, 2004, a copy of which is attached as Exhibit "1." Further, counsel for the undersigned forwarded a copy of this proposed Motion for Order Compelling Initial Disclosures on June 3, 2004 and no response has been received to date.

3.    Plaintiff General Security requires Defendant's Initial Disclosures to verify what additional written discovery and deposition it may need to perform. In addition, Plaintiff has expert designation deadlines and reports due by July 30, 2004, and is unable to prepare these necessary reports without the required discovery from Defendant.

4.    Pursuant to Federal Rule of Civil Procedure 37(2)(A), Plaintiff General Security moves to compel Disclosure and for appropriate sanctions. Dependent upon when the Initial Disclosures is made by the Defendant, Plaintiff may request an extension of its deadline for submitting the names of and reports of experts if there is not adequate time to complete discovery before those deadlines given the delay by the Defendant.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff General Security Indemnity Company of Arizona requests that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums be ordered to make its Initial Disclosure required by Rule 26a and that Plaintiff be awarded appropriate sanctions for its costs of having to file this Motion and for such other and further relief, both general and special, legal and equitable, to which it may show itself justly entitled.

Respectfully submitted,


By _____
    **KEN E. KENDRICK**
    State Bar No. 11278500

**ATTORNEYS IN CHARGE FOR
PLAINTIFF SECURITY INDEMNITY
COMPANY OF ARIZONA**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile


## CERTIFICATE OF SERVICE

This is to certify that on the ___ day of June, 2004, a true and correct copy of the foregoing was transmitted by facsimile and United States Mail to Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.


_____
**KEN E. KENDRICK**

# DRAFT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY | § | |
| COMPANY OF ARIZONA | § | |
| | § | |
| VS. | § | C.A. NO. B-03-167 |
| | § | |
| LAS ARENAS CONDOMINIUMS | § | |
| ASSOCIATION OF CO-OWNERS, INC. | § | |
| D/B/A LAS ARENAS CONDOMINIUMS | § | |

## ORDER COMPELLING INITIAL DISCLOSURES

On this day the Court considered Plaintiff General Security Indemnity Company of Arizona's Motion to Compel Initial Disclosures and after considering the same, the Court finds that Plaintiff's Motion is meritorious and should be granted. It is

**ORDERED** that Plaintiff's Motion to Compel Initial Disclosures is in all ways **GRANTED**. The Court further finds that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums has failed to provide Initial Disclosures as required by Rule 26(a) and the Court hereby orders that Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums shall make its Initial Disclosures as required by Rule 26(a) within ten (10) days of the signing of this Order and shall pay Plaintiff General Security Indemnity Company of Arizona the sum of $_____ as appropriate sanctions for their failure to respond to disclosure requiring this Order. In the event Las Arenas Condominiums Association of Co-Owners,

S:\KEK\2325\2325\Order Compelling Initial Disclosures.wpd          1

Inc. d/b/a Las Arenas Condominiums fails to make full and complete Initial Disclosures within the

deadline contained in this Order, the Court will consider and issue further appropriate sanctions as

set forth in Rule 37(b) of the Federal Rules of Civil Procedure.

      **SIGNED AND ENTERED** this _____ day of _____, 2004.


                        _____

                        **UNITED STATES DISTRICT JUDGE**

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              2718
CONNECTION TEL                   19565547879
CONNECTION ID
ST. TIME             06/04 08:54
USAGE T              01'43
PGS. SENT                7
RESULT               OK
```

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

**TELEPHONE:**
**(713) 595-6000**

**TELECOPIER:**
**(713) 595-6001**

## TELECOPY TRANSMITTAL LETTER

Date:           June 3, 2004

To:             Mark Sossi
Telecopy No.:   (956) 554-7879

From:           Ken E. Kendrick            Matter No.:  2325

Re:     C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 7
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW
### 3050 POST OAK BLVD., SUITE 200
### HOUSTON, TEXAS 77056

TELEPHONE:
(713) 595-6000

TELECOPIER:
(713) 595-6001

## TELECOPY TRANSMITTAL LETTER

Date:          June 3, 2004

To:            Mark Sossi
Telecopy No.:  (956) 554-7879

From:          Ken E. Kendrick          Matter No.: 2325

Re:        C.A. No. B-03-167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*

NUMBER OF PAGES, INCLUDING THIS COVER LETTER: 1
IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL (713) 595-6000.

**CONFIDENTIALITY NOTICE:**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

S:\KEK\2325\2325\sossi fax.wpd