IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GENERAL SECURITY INDEMNITY § <br> COMPANY OF ARIZONA § <br> § <br> VS. § <br> § <br> LAS ARENAS CONDOMINIUMS § <br> ASSOCIATION OF CO-OWNERS, INC. § <br> D/B/A LAS ARENAS CONDOMINIUMS § | C.A. NO. B-03-167 |

## PLAINTIFF'S FIRST SUPPLEMENTAL RULE 26 DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** General Security Indemnity Company of Arizona, Plaintiff herein, and files its First Supplemental Disclosures pursuant to Rule 26a of the FED. R. CIV. PROC. and only provides the documents attached to counsel.

**DISCLOSURE NO. 1(A):** The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**SUPPLEMENTAL RESPONSE:**

Brown Consulting Services, Ltd., 5151 Flynn Parkway, Suite 404, Corpus Christi, Texas 78411, (361) 814-6111. Brown Consulting Services, Ltd. has knowledge of alleged water incidences and environmental effects of the alleged water as they conducted an evaluation of portions of the property located at 3104 Gulf Blvd.

Michael N. Swetnam, Jr. of Swetnam Insurance Services, 148 N. Sam Houston Blvd., Suite 1A, P. O. Box 10008, San Benito, Texas 78586-1008, (956) 399-4190 has been designated as Plaintiff/Cross-Defendant's expert and has knowledge of insurance coverage and adjustment practices. He has provided a report outlining his background and opinions in this matter.

DISCLOSURE NO. 1(B):   A copy of, or a description by category and location of, all documents, data, compilations and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**SUPPLEMENTAL RESPONSE:**

1. Reports of Brown Consulting Services, Ltd.

2. Reports from VeriClaims

Respectfully submitted,

By *Ken Kendrick*
KEN E. KENDRICK
Federal Bar No. 6244
State Bar No. 11278500

**ATTORNEYS IN CHARGE FOR PLAINTIFF/CROSS-DEFENDANT SECURITY INDEMNITY COMPANY OF ARIZONA**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

**CERTIFICATE OF SERVICE**

      This is to certify that on the 29th day of July, 2004, a true and correct copy of the foregoing was transmitted by Certified Mail Return Receipt Requested to counsel for Defendant Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.

_____
KEN E. KENDRICK