United States District Court
Southern District of Texas
ENTERED

AUG 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § | |
| Plaintiff, | § | |
| v. | § | NO. B-03-167 |
| | § | |
| LAS ARENAS CONDOS, ET AL., | § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on August 10, 2004, the considered Plaintiff's Motion for Order Compelling Initial Disclosures [Dkt. No. 11] and Plaintiff's Motion for Enlargement of Time to Designate Experts and Tender Expert Reports [Dkt. No. 13]. The Court had hoped the parties would resolve their differences, but having not been apprised of such, the Court **ORDERS** the parties to appear on _August 23, 2004 @ 10:00 A.M._. At this hearing Defendant Las Arenas Condominiums should be prepared to show cause, if any exists, why the Court should not compel the initial disclosures and impose sanctions pursuant to Federal Rule of Civil Procedure 37(a)(4). Moreover, if Plaintiff's motion is granted after the above hearing, or if the disclosures were/are provided subsequent to Plaintiff's motion to compel, Plaintiff must file an itemization of the reasonable expenses incurred in filing the motion to compel, including attorneys' fees, which will enable the Court to assess an appropriate sanction.

The Court **GRANTS** Plaintiff's Motion for Enlargement of Time to Designate Experts and Tender Expert Reports [Dkt. No. 13]. After the parties appear, the Court will amend the scheduling order and designate new deadlines as appropriate.

DONE this 10th day of August, 2004 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge