IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY | § | |
| COMPANY OF ARIZONA | § | |
| | § | |
| VS. | § | C.A. NO. B-03-167 |
| | § | |
| LAS ARENAS CONDOMINIUMS | § | |
| ASSOCIATION OF CO-OWNERS, INC. | § | |
| D/B/A LAS ARENAS CONDOMINIUMS | § | |

United States District Court
Southern District of Texas
FILED

AUG 20 2004 12:30p

Michael N. Milby, Clerk of Court

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR ORDER COMPELLING INITIAL DISCLOSURES SET FOR HEARING ON AUGUST 23, 2004 AT 10:00 A.M.

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA f/k/a Fulcrum Insurance Company ("General Security"), Plaintiff herein, and files its Motion to Withdraw Motion for Order Compelling Initial Disclosures set for Hearing on August 23, 2004 at 10:00 a.m., and would show unto this Honorable Court as follows:

1. General Security and Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums have reached a compromise in connection with the captioned matter which is outlined in the Letter Agreement attached hereto as Exhibit "A."

2. In light of the compromise, General Security wishes to withdraw its Motion for Order Compelling Initial Disclosures which is currently scheduled for hearing on August 23, 2004 at 10:00 a.m.

3. Parties will file an Agreed Judgment to be entered in the captioned matter within the next twenty-one (21) days.

S:\KEK\2325\2325B\Mot to Withdraw Mot Compel.wpd   1

WHEREFORE, PREMISES CONSIDERED, Plaintiff General Security Indemnity Company of Arizona requests that the Court withdraw General Security's Motion for Order Compelling Initial Disclosures scheduled for hearing on August 23, 2004 at 10:00 a.m. and not require parties to attend a hearing on August 23, 2004 at 10:00 a.m. and for such other and further relief, both general and special, legal and equitable, to which it may show itself justly entitled.

Respectfully submitted,

By _____
KEN E. KENDRICK
Federal Bar No. 6244
State Bar No. 11278500

**ATTORNEYS IN CHARGE FOR PLAINTIFF SECURITY INDEMNITY COMPANY OF ARIZONA**

OF COUNSEL:
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

### CERTIFICATE OF CONFERENCE

This is to certify that on August 19, 2004, I conferred with counsel for Defendant and counsel for Defendant is unopposed to this Motion.

_____
KEN E. KENDRICK

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of August, 2004, a true and correct copy of the foregoing was transmitted by facsimile and United States Mail to Mark Sossi, Three North Park Plaza, Brownsville, Texas 78521.

_____
KEN E. KENDRICK

08/20/2004 12:25 FAX
Case 1:03-cv-00167   Document 18   Filed in TXSD on 08/20/2004   Page 4 of 5
Aug 20 04 10:38a
@008/008
P.2
@002

# KELLY, SUTTER & KENDRICK
## ATTORNEYS AT LAW

3050 POST OAK BLVD., SUITE 200  
HOUSTON, TEXAS 77056-6570

TELEPHONE (713) 595-6000  
FACSIMILE (713) 595-6001

August 20, 2004

2325

*Via Facsimile*

Mr. Mark Sossi  
Attorney at Law  
Three North Park Plaza  
Brownsville, Texas 78521.

Re: C.A. No. B-03167; *General Security Indemnity Company of Arizona vs. Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Sossi:

This will confirm our telephone conference of August 19, 2004, wherein you agreed that Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums will dismiss with prejudice its Cross-Action against General Security Indemnity Company of Arizona, and enter into a Final Judgment that the relief sought by General Security Indemnity Company of Arizona in its Declaratory Judgment Suit should be granted and there is no coverage for any claim of Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums by my client. We agree that each side will bear its own costs and attorneys' fees.

If this is your understanding of our agreement, please sign where noted below and return to our offices via facsimile.

Very truly yours,

Ken E. Kendrick

KEK/clm

**EXHIBIT A**

August 20, 2004
Page 2

AGREED TO:

*[signature]*

MARK SOSSI
COUNSEL FOR DEFENDANT
LAS ARENAS CONDOMINIUMS
ASSOCIATION OF CO-OWNERS, INC.
D/B/A LAS ARENAS CONDOMINIUMS

DATE: Aug. 21, 2004