IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| VS. | § § | C.A. NO. B-03-167 |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS | § § § | |

### ORDER WITHDRAWING PLAINTIFF'S MOTION FOR ORDER COMPELLING INITIAL DISCLOSURES

On this day the Court considered Plaintiff General Security Indemnity Company of Arizona's Motion to Withdraw Motion for Order Compelling Initial Disclosures and after considering the same, the Court finds that Plaintiff's Motion is meritorious and should be granted. It is

**ORDERED** that Plaintiff's Motion to Withdraw Motion for Order Compelling Initial Disclosures is in all ways **GRANTED**. It is further

**ORDERED** that parties need not appear before the Court on August 23, 2004 at 10:00 a.m.; It is further

**ORDERED** that parties will present an Agreed Judgment to be entered by the Court within twenty-one (21) days of the entry of this Order.

SIGNED AND ENTERED this 20th day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE

S:\KEK\2325\2325b\Order Granting Mot Withdraw.wpd    1