IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| VS. | § § | C.A. NO. B-03-167 |
| LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS | § § § § | |

### AGREED MOTION TO ENTER AGREED FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Plaintiff **GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA** f/k/a Fulcrum Insurance Company ("General Security") and Defendant **LAS ARENAS CONDOMINIUMS ASSOCIATION OF CO-OWNERS, INC. D/B/A LAS ARENAS CONDOMINIUMS** ("Las Arenas") and file this Motion for the Court to enter the attached Agreed Final Judgment. As set forth in the Motion to Dismiss the Motion to Compel, Defendant Las Arenas has agreed to the relief sought by Plaintiff General Security and agreed to dismiss its Counterclaim with prejudice. Accordingly, the parties request that the Court enter the attached Agreed Final Judgment dismissing these proceedings.

APPROVED AS TO FORM
AND SUBSTANCE:


By *Ken Kendrick*
    KEN E. KENDRICK
    State Bar No. 11278500
    Federal Admission No. 6244

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile


APPROVED AS TO FORM
AND ENTRY REQUESTED:



By_____See Attached Signature Page_____
    **MARK SOSSI**
    State Bar No. 18855680
    Federal Admission No. 10231
**ATTORNEY-IN-CHARGE FOR
DEFENDANT**

OF COUNSEL:
Three North Park Plaza
Brownsville, Texas 78521
(956) 554-7877 - Telephone
(956) 554-7879 - Facsimile

APPROVED AS TO FORM
AND SUBSTANCE:

By_____
KEN E. KENDRICK
State Bar No. 11278500
Federal Admission No. 6244

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:
KELLY, SUTTER & KENDRICK, P.C.
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

APPROVED AS TO FORM
AND ENTRY REQUESTED:

By _____
MARK SOSSI
State Bar No. 18855680
Federal Admission No. 10231
**ATTORNEY-IN-CHARGE FOR
DEFENDANT**

OF COUNSEL:
Three North Park Plaza
Brownsville, Texas 78521
(956) 554-7877 - Telephone
(956) 554-7879 - Facsimile

S:\KEK\2325\2325b\Agreed Mot Enter Agreed Final Judgment.wpd   2