IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GENERAL SECURITY INDEMNITY § | |
| COMPANY OF ARIZONA § | |
| § | |
| VS. § | C.A. NO. B-03-167 |
| § | |
| LAS ARENAS CONDOMINIUMS § | |
| ASSOCIATION OF CO-OWNERS, INC. § | |
| D/B/A LAS ARENAS CONDOMINIUMS § | |

## AGREED FINAL JUDGMENT

On this day came on to be heard the above styled and numbered cause. Plaintiff General Security Indemnity Company of Arizona, successor in interest to Fulcrum Insurance Company, represented by Ken E. Kendrick Attorney-In-Charge, a member in good standing of the State Bar of Texas, and Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums, appearing by and through Mark Sossi, a member in good standing of the State Bar of Texas, having appeared by Motion and requested that this Agreed Final Judgment be entered by the Court.

After considering the pleadings, evidence and argument of counsel, the Court is of the opinion that the request for Declaratory Judgment by General Security Indemnity Company of Arizona is with merit, and the relief sought should be granted. The Court further finds that the claims asserted by Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums contained in its Original Counterclaim against General Security Indemnity Company of Arizona are without merit and should be dismissed with prejudice. It is therefore

**ORDERED, ADJUDGED AND DECREED** that all claims that were, or could have been asserted in the Cross-Claim of Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums against General Security Indemnity Company of Arizona are dismissed with prejudice. It is further

**ORDERED, ADJUDGED AND DECREED** that there is no coverage for any damages sustained by Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums for the property and building located at 3104 Gulf Blvd., South Padre Island, Texas 78597 (the "Property") under the Commercial Building and Personal Property Policy No. 246501-01 issued by Fulcrum Insurance Company, n/k/a General Security Indemnity Company of Arizona, for the policy period June 29, 2001 to June 29, 2002. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that General Security Indemnity Company of Arizona, f/k/a Fulcrum Insurance Company, has no liability for any costs or damages of any kind associated with the Property under its Policy No. 246501-01. It is further

**ORDERED, ADJUDGED AND DECREED** that all costs of Court and attorneys' fees incurred by the parties will be paid by the party incurring the same. It is further

**ORDERED, ADJUDGED AND DECREED** that any and all relief requested herein which is not specifically granted by this Agreed Final Judgment is hereby DISMISSED WITH PREJUDICE. It is further

**ORDERED, ADJUDGED AND DECREED** that no execution will issue for this judgment.

**SIGNED** this _____ day of _____, 2004.

_____
**UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM
AND SUBSTANCE:

By **Ken Kendrick**
    **KEN E. KENDRICK**
    State Bar No. 11278500
    Federal Admission No. 6244

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

APPROVED AS TO FORM
AND SUBSTANCE:

By     See Attached Signature Page
    **MARK SOSSI**
    State Bar No. 18855680
    Federal Admission No. 10231

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL:**
Three North Park Plaza
Brownsville, Texas 78521
(956) 554-7877 - Telephone
(956) 554-7879 - Facsimile

APPROVED AS TO FORM
AND SUBSTANCE:

By_____
KEN E. KENDRICK
State Bar No. 11278500
Federal Admission No. 6244

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**OF COUNSEL:**
**KELLY, SUTTER & KENDRICK, P.C.**
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 - Telephone
(713) 595-6001 - Facsimile

APPROVED AS TO FORM
AND SUBSTANCE:

By _____
MARK SOSSI
State Bar No. 18855680
Federal Admission No. 10231

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

**OF COUNSEL:**
Three North Park Plaza
Brownsville, Texas 78521
(956) 554-7877 - Telephone
(956) 554-7879 - Facsimile

S:\Kek\2325\2325B\Agreed Final Judgment.wpd                3