IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA | § § § | |
| Plaintiff, | § | |
| v. | § | NO. B-03-167 |
| | § | |
| LAS ARENAS CONDOS, ET AL., | § § | |
| Defendants. | § | |

### FINAL JUDGMENT ORDER

BE IT REMEMBERED that on September 17, 2004, this Court considered the Parties' Agreed Motion To Enter Agreed Final Judgment [Dkt. No. 20].

The Court grants the request for Declaratory Judgment by General Security Indemnity Company of Arizona ("General Security") [Dkt. No. 1]. The Court further finds that the claims asserted by Defendant Las Arenas Condominiums Association of Co-Owners, Inc. d/b/a Las Arenas Condominiums ("Las Arenas") in its Original Counterclaim against General Security [Dkt. No. 10] are without merit. All claims that were, or could have been asserted in Las Arenas's Counter-Claim against General Security are **ORDERED, ADJUDGED AND DECREED DISMISSED WITH PREJUDICE.**

The Court finds that there is no coverage for any damages sustained by Las Arenas for the property and building located at 3104 Gulf Blvd., South Padres Island, Texas 78597 (the "Property") under the Commercial Building and Personal Property Policy No. 246501-01 issued by Fulcrum Insurance Company, n/k/a General Security, for the policy period of June 29, 2001, to June 29, 2002. Accordingly, the Court concludes that General Security has no liability for any costs or damages of any kind associated with the Property under its Policy No. 246501-01.

It is further **ORDERED, ADJUDGED AND DECREED** that all costs of Court and attorneys' fees incurred by the parties will be paid by the party incurring the same.

1

It is further **ORDERED, ADJUDGED AND DECREED** that any and all relief requested herein which is not specifically granted by this final judgment is hereby DISMISSED WITH PREJUDICE.

Lastly, it is further **ORDERED, ADJUDGED AND DECREED** that no execution will issue from this judgment.

DONE this 17th day of September, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge